# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5399**                    **September Term, 2025**

1:25-cv-01218-LLA

**Filed On:** March 24, 2026

J.E. Pendleton,

       Appellant

    v.

United States of America, et al.,

       Appellees

### ON APPEAL FROM THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

**BEFORE:**    Henderson, Pillard, and Pan, Circuit Judges

### J U D G M E N T

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j). Upon consideration of the foregoing and the motion for an injunction, it is

**ORDERED** that the motion for an injunction be denied. Appellant has failed to demonstrate any entitlement to the relief sought. It is

**FURTHER ORDERED AND ADJUDGED** that the district court's November 5, 2025 order be affirmed. The district court did not err by concluding that certain of appellant's claims were patently insubstantial and thus failed to present a federal question suitable for decision. See Tooley v. Napolitano, 586 F.3d 1006, 1009-10 (D.C. Cir. 2009). As to appellant's claims that did not rest on fantastic allegations, sua sponte dismissal was proper because the amended complaint did not set forth "a short and plain statement of the claim showing that the pleader is entitled to relief," which is required in order to "give the defendant fair notice of what the . . . claim is and the grounds upon which it rests." Bell Atl. Corp. v. Twombly, 550 U.S. 544, 555 (2007) (alteration in original) (citations omitted). Because the district court properly dismissed the complaint, the court also did not err by denying appellant's motions as moot.

# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 25-5399**                                **September Term, 2025**

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.  The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc.  See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:    /s/
Daniel J. Reidy
Deputy Clerk